UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD COHAN

        Plaintiff,                      Case No. 20-cv-10980

vs.                                       HON. MARK A. GOLDSMITH

MBM MANAGEMENT, INC.

        Defendant.
_____/

## ORDER DISMISSING THE CASE

Pursuant to Petitioner's notice of voluntary dismissal (Dkt. 7), this case is dismissed without prejudice.

    SO ORDERED

Dated: November 4, 2020                  s/Mark A. Goldsmith
       Detroit, Michigan               MARK A. GOLDSMITH
                                              United States District Judge